Order issued September 19, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00365-CV

**LEW ANDERTON, Appellant**

V.

**WILLIAM R. CAWLEY, INDIVIDUALLY AND AS TRUSTEE OF THE BILL CAWLEY 1997 REVOCABLE TRUST AND BOT REAL ESTATE, LLC, Appellees**

## ORDER

The Court has before it appellees' September 10, 2012 motion to compel appellant to request reporter's record, alternatively motion for extension of time, and appellant's September 13, 2012 response to that motion. The Court **DENIES** the motion to compel and **GRANTS** the motion for extension of time. The Court **ORDERS** appellees to file their brief by October 25, 2012.

MOLLY FRANCIS
JUSTICE